Sam S. Leslie
6310 San Vicente Blvd., Suite 320
Los Angeles, CA 90048
Telephone: (323) 549-6900
Facsimile: (323) 549-6905

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>BERKOWITZ, RAPHAEL DAVID<br>BERKOWITZ, SHULAMIT MALKA<br><br><br><br><br>Debtor(s). | Case No. 2:09-46183-BR<br><br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE**<br><br>*(NO BAR DATE FOR CLAIMS IS REQUIRED AT THIS TIME)*<br><br>{No Hearing Required} |

**TO MICHAEL E. ROTBERG, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

PLEASE TAKE NOTICE that Sam S. Leslie, the duly appointed and acting Chapter 7 Trustee in the above-captioned bankruptcy case, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in this case. The Trustee has determined that there are insufficient funds on hand to make dividend payments to the creditors, therefore, no claims bar date should be fixed in this case, until further notice by the trustee.

Dated: March 9, 2010

_____
Sam S. Leslie
Chapter 7 Trustee